UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND;
ET AL.,                                                       Civil Action No. 11-Civ.-5474

                              Plaintiff(s),

   -against-

MICHAEL FORDE; ET AL.,                               **AFFIDAVIT OF SERVICE**

                              Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK        )
                        s.s :
COUNTY OF NEW YORK    )

      RANDY BARONA, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.

      That on the 15th day of August, 2011, at approximately 7:25 p.m., deponent served a true copy of the **Summons; Complaint; ECF Rules & Instructions and Judge Sand's Rules** upon James Duffy at 53 25 66th Street, Maspeth, New York 11378 by personally delivering and leaving the same with Roisin Duffy, (she identified herself as the wife of James Duffy), who is a person of suitable age and discretion, at that address, the actual place of residence of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

      Roisin Duffy is a white female, approximately 40-50 years of age, is approximately 5 feet and 5 inches tall, weighs approximately 100-110 pounds, with medium length blonde hair and blue eyes.

Sworn to before me this
17th day of August, 2011

                                                       RANDY BARONA #1000417

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 03, 2014