UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND; ET AL.,

        Civil Action No. 11-Civ. 5474

        Plaintiff(s),

-against-

MICHAEL FORDE; ET AL.,

**AFFIDAVIT OF SERVICE**

        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                      s.s :
COUNTY OF NEW YORK  )

    RANDY BARONA, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.

    That on the 16th day of August, 2011, at approximately 3:48 p.m., deponent served a true copy of the **SUMMONS; RIDER; COMPLAINT; ECF RULES & INSTRUCTIONS; and RULES OF JUDGE SAND** upon Pitcohn Construction Enterprises, Inc. c/o Gerard McEntee at 233 Scarsdale Road, Tuckahoe, New York 10707 by personally delivering and leaving the same with Gerard McEntee, Officer, who is authorized by law to accept service.

    Gerard McEntee is a white male, approximately 45-50 years of age, is approximately 6 feet and 2 inches tall, weighs approximately 210-220 pounds, is bald and has blue eyes.

Sworn to before me this
30th day of August, 2011

RANDY BARONA #1000417

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 03, 2014