UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND; ET AL.,

Civil Action No. 11-Civ. 5474

Plaintiff(s),

-against-

MICHAEL FORDE; ET AL.,

**AFFIDAVIT OF SERVICE**

Defendant(s).
-------------------------------------------------------X

STATE OF NEW YORK    )
                     s.s :
COUNTY OF NEW YORK   )

JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.

That on the 22nd day of August, 2011, at approximately 8:00 a.m., deponent served a true copy of the **SUMMONS; RIDER; COMPLAINT and ECF RULES & INSTRUCTIONS** upon John Stamberger at 425 Arthur Court, Brick, New Jersey 08724-1447 by personally delivering and leaving the same with Tyler Stamberger (he identified himself as the son of John Stamberger), who is a person of suitable age and discretion, at that address, the actual place of residence of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

Tyler Stamberger is a white male, approximately 21 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 210 pounds, with short black hair and brown eyes and was wearing glasses.

Sworn to before me this
23rd day of August, 2011

JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 03, 2014