UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND; ET AL.,

                Civil Action No. 11-Civ. 5474

         Plaintiff(s),

-against-

MICHAEL FORDE; ET AL.,

**AFFIDAVIT OF SERVICE**

         Defendant(s).
-------------------------------------------------------X
STATE OF PENNSYLVANIA  )
                s.s :
COUNTY OF McKEAN      )

      Larry Benson_____, being duly sworn, deposes and says that he/she is a Deputy of the McKean County Sheriff's Office, is over the age of eighteen years and is not a party to the action.

    That on the __22nd__ day of __September__, 2011, at approximately __8:09__ (a.m.)/p.m., deponent served a true copy of the **SUMMONS; RIDER; COMPLAINT; ECF RULES & INSTRUCTIONS; and RULES OF JUDGE SAND** upon Brian Hayes c/o the McKean Federal Prison at Route 59 and Big Shanty Road, Lewis Run, PA 16738 by personally delivering and leaving the same with Brian Hayes at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

    Brian Hayes is a __White__ male, approximately __2-3-71__ years of age, is approximately __5__ feet and __10__ inches tall, weighs approximately __190__ pounds, with __brown__ hair.

Sworn to before me this

__26th__ day of __September__, 2011

_____
NOTARY PUBLIC, STATE OF PENNSYLVANIA

_____
Larry Benson
Sheriff's Deputy

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tara L. Morey, Notary Public
Smethport Boro, McKean County
My Commission Expires Feb. 4, 2014