UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND; ET AL.,

Civil Action No. 11-Civ. 5474

                Plaintiff(s),

-against-

MICHAEL FORDE; ET AL.,

**AFFIDAVIT OF SERVICE**

                Defendant(s).
-----------------------------------------------------------X

STATE OF PENNSYLVANIA    )
                                     s.s :
COUNTY OF WAYNE          )

_D/S GABIKIAN_, being duly sworn, deposes and says that he/she is a Deputy of the Wayne County Sheriff's Office, is over the age of eighteen years and is not a party to the action.

That on the _26TH_ day of _SEPT_, 2011, at approximately _____ a.m./p.m., deponent served a true copy of the **SUMMONS; RIDER; COMPLAINT; ECF RULES & INSTRUCTIONS; and RULES OF JUDGE SAND** upon Michael Mitchell c/o the Canaan Federal Prison at 3057 Easton Turnpike, Waymart, PA 18472 by personally delivering and leaving the same with Michael Mitchell at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

Michael Mitchell is a _White_ male, approximately _47_ years of age, is approximately _6_ feet and _0_ inches tall, weighs approximately _210_ pounds, with _Brown_ hair.

Sworn to before me this

_28th_ day of _September_, 2011

Sheriff's Deputy

_Linda Billard_
NOTARY PUBLIC, STATE OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda Billard, Notary Public
Honesdale Boro, Wayne County
My Commission Expires July 13, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES