UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND; ET AL.,
                    Plaintiff(s),

    -against-

MICHAEL FORDE; ET AL.,
                    Defendant(s).
------------------------------------------------------X

STATE OF WEST VIRGINIA    )
                        s.s :
COUNTY OF McDOWELL     )

Civil Action No. 11-Civ. 5474

**AFFIDAVIT OF SERVICE**

RECEIVED
SEP 21 2011
By_____

_Dennis Mutter_, being duly sworn, deposes and says that he/she is a Deputy of the McDowell County Sheriff's Office, is over the age of eighteen years and is not a party to the action.

That on the _2 7_ day of _Sept 2011_, 2011, at approximately

_____ a.m./p.m., deponent served a true copy of the **SUMMONS; RIDER; COMPLAINT; ECF RULES & INSTRUCTIONS; and RULES OF JUDGE SAND** upon Michael Forde c/o the McDowell Federal Prison at 101 Federal Drive, Welch, WV 24801 by personally delivering and leaving the same with Michael Forde at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

Michael Forde is a _White_ male, approximately _5 7_ years of

age, is approximately _5_ feet and _11_ inches tall, weighs approximately _235_

pounds, with _Brown_ hair.

Sworn to before me this

_27th_ day of _September_, 2011

_Sharon D. Vaselaros_
NOTARY PUBLIC, STATE OF WEST VIRGINIA

_Dennis Mutter_

~~Sheriff's Deputy~~ civil process serve

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SHARON D. VASELAROS
McDOWELL CO. SHERIFFS OFFICE
90 WYOMING ST., SUITE 117
WELCH, WV 24801
My commission expires January 6, 2019