UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND; ET AL.,

Civil Action No. 11-Civ. 5474

                Plaintiff(s),

    -against-

MICHAEL FORDE; ET AL.,

**AFFIDAVIT OF SERVICE**

                Defendant(s).
------------------------------------------------------X
STATE OF PENNSYLVANIA    )
                       s.s :
COUNTY OF UNION         )


     _Deputy Phil Ressequie_____, being duly sworn, deposes and says that he/she is a
Deputy of the Union County Sheriff's Office, is over the age of eighteen years and is not a party
to the action.

     That on the __28th__ day of __September___, 2011, at approximately

_9:49_____ (a.m./p.m., deponent served a true copy of the **SUMMONS; RIDER;
COMPLAINT; ECF RULES & INSTRUCTIONS; and RULES OF JUDGE SAND** upon
Michael Brennan c/o the Allenwood Federal Prison at Route 15 (North of Allenwood), White
Deer, PA 17887 by personally delivering and leaving the same with Michael Brennan at that
address. At the time of service deponent asked whether the defendant is in active military
service for the United States or for the State in any capacity whatsoever or dependent upon
such person and received a negative reply.

     Michael Brennan is a _white_____ male, approximately _56___ years of

Commonwealth of Pennsylvania:
County of Union           :

age, is approximately _6_ feet and _0_ inches tall, weighs approximately _268____

Sworn to and subscribed before me

pounds, with _Blonde_____ hair.      this _29_ day of _____ 20_11_

Sworn to before me this

                                   Prothonotary
                               My Commission Expires:
_____ day of _____, 2011   Sheriff's Deputy

> JENNIFER INCH
> Deputy Prothonotary & Clerk of Courts
> Lewisburg, Union County, PA
> My Commission Expires 1st Mon Jan 2014

_____
**NOTARY PUBLIC, STATE OF PENNSYLVANIA**