UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS ANNUITY FUND, and NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, BY THEIR
TRUSTEES FRANK SPENCER, DOUGLAS J.
McCARRON, JOHN BALLANTYNE, PAUL TYZNAR,
PAUL O'BRIEN, KEVIN M. O'CALLAGHAN,
CATHERINE CONDON, DAVID MEBERG, BRYAN
WINTER and JOHN DELOLLIS,

11-Civ-5474 (LBS)

STIPULATION
AND ORDER

                      Plaintiffs,

          -against-

MICHAEL FORDE, JOHN GREANEY, JOSEPH
OLIVIERI, BRIAN HAYES, MICHAEL MITCHELL,
FINBAR O'NEILL, K.A.F.C.I., MICHAEL BRENNAN,
TURBO ENTERPRISES, INC., TERENCE BUCKLEY,
PITCOHN CONSTRUCTION ENTERPRISES, INC.,
GERARD McENTEE, PYRAMID ASSOCIATES
CONSTRUCTION CORP., JAMES DUFFY, BRIAN
CARSON, JOSEPH RUOCCO, JOHN STAMBERGER,
and MICHAEL VIVENZIO,

                      Defendants.
---------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that Defendant, MICHAEL FORDE, shall answer, move or otherwise respond to Plaintiffs'

Complaint in this matter on or before October 31, 2011.

       IT IS FURTHER STIPULATED AND AGREED, that signatures on this

Stipulation transmitted by facsimile or other electonic means shall have the same force and effect

as original signatures.

Dated: New York, New York
       October 6, 2011

_____  
DINO J. LOMBARDI (DJL2848)  
LOMBARDI & SALERNO PLLC  
Attorneys for Defendant Michael Forde  
52 Duane Street, 7th Floor  
New York, NY 10007  
(212) 619-8328  

_____  
HARLAN J. SILVERSTEIN (HJS4114)  
KAUFF, MCGUIRE & MARGOLIS LLP  
Attorneys for Plaintiffs  
950 Third Avenue, 14th Floor  
New York, NY 10022  
(212) 644-1010  

SO ORDERED:

_____  
HON. LEONARD B. SAND, U.S.D.J.