

COPIES MAILED TO ALL PARTIES

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-11

Michael Mitchell
inmate # 61673-054
U.S.P. CANAAN
P.O. Box 300
Waymart, PA 18472

September 26, 2011

RE: Various Funds of the N.Y.C. District Council of Carpenters against Various People and Michael Mitchell. Civil Action No 11 CIV 5474

To Honorable Judge Sand and/or whom it may concern,

I, Michael Mitchell, was served a summons today in U.S.P. Canaan in regards to civil action no 5474 which is before the U.S. District Court for the Southern District of N.Y.

It states that an answer to the complaint must be served to the Judge and the plaintiff or plaintiff's attorney within 21 days of receipt of the summons. That would be on or around the 17th day of October, 2011.

Currently, I am housed in U.S. Penitentiary Canaan's Segregated Housing Unit awaiting transfer to another institution the location of which and the date of transfer are unknown to me. In this unit, inmates are basically locked down 24 hours a day, 7 days a week. I have no access to e-mail and am permitted only 1 phone call every 30 days. The U.S. mail is the only line of communication and the mail is not delivered or picked up on weekends. I don't have any access to files pertaining to this civil action. We are not permitted pens so please excuse the pencil. I do not have an attorney to represent me and am unable to afford one.

For the reasons stated above, if it pleases the court, I

COPIES MAILED TO ALL PARTIES

hereby request an extension of time to answer the complaint, and that the court would appoint an attorney to represent me in this matter, so that I can answer the complaint properly and formally.

I do not have access to a photocopier, so I will draw up a similar letter and have it mailed to the plaintiff's attorney simultaneous to this one. This is my first request for an extension of time to answer the complaint and due to my circumstances at present, and being mindful of time constraints, I would ask that the plaintiff's attorneys would communicate to the court and myself their consent for this request.

Sincerely Yours,

Michael Mitchell

*Michael Mitchell*

P.S. When responding to this, would you please cc: me at Michael Mitchell, 532 Park Ave, Yonkers, N.Y. 10703 as well, in case I'm in transit to another facility.

COPIES MAILED TO ALL PARTIES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NYC District Council of Carpenters Pension Fund et al.,

                Plaintiff,    :    **ORDER**

   -against-                             :    11 Civ 5474 (LBS)

Forde, et al.,

                Defendants.    :

------------------------------------------------------------x

SAND, J.

        The Court hereby orders the time for Michael Mitchell to answer the complaint is extended to February 1, 2012. The application for appointment of counsel is denied without prejudice.

So Ordered.

Dated:    New York, New York
            October 12, 2011

                                    _____
                                         U.S.D.J.