UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
New York City District Council of Carpenters Pension Fund,
New York City District Council of Carpenters Welfare Fund,
New York City District Council of Carpenters Annuity Fund,
and New York City District Council of Carpenters
Apprenticeship, Journeyman, Retraining, Educational and
Industry Fund, by their trustees, Frank Spencer, Douglas J.
McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien,
Kevin M. O'Callaghan, Catherine Condon, David Meberg,
Bryan Winter, and John DeLollis,

                                                Plaintiffs,

                                      -against-

Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes,
Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan,
Turbo Enterprises, Inc., Terence Buckley, Pitchohn Construction
Enterprises, Inc., Gerard McEntee, Pyramid Associates
Construction Corp., James Duffy, Brian Carson, Joseph Ruocco,
John Stamberger, and Michael Vivenzio,

                                             Defendants.
---------------------------------------------------------------------------x

**Notice of Appearance**

11 Civ 5474 (LBS)

SIR/MADAM:

      PLEASE TAKE NOTICE, that I, James R. Froccaro, Jr., do hereby appear in the above-captioned civil case for defendant BRIAN HAYES, and have been retained as an attorney for said defendant. I was admitted to practice law in this district in or about May of the year 1988.

Dated: Port Washington, New York
        November 28, 2011

                                              Yours, etc.,

                                              _____
                                              JAMES R. FROCCARO, JR. (JRF-5461)
                                              20 Vanderventer Avenue, Suite 103W
                                              Port Washington, NY 11050
                                              (516) 944-5062 (phone)
                                              (516) 944-5066 (fax)
                                              JRFESQ61@aol.com(e-mail)