UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND; ET AL.,

                          Plaintiff(s),

  -against-

MICHAEL FORDE; ET AL.,

                          Defendant(s).
----------------------------------------------------------X

RECEIVED
BURLINGTON COUNTY SHERIFF
2011 OCT 31  A 10: 40

Civil Action No. 11-Civ. 5474

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                            s.s :
COUNTY OF BURLINGTON  )

    Monica Clark, being duly sworn, deposes and says that he/she is a Deputy of the Burlington County Sheriff's Office, is over the age of eighteen years and is not a party to the action.

    That on the 2nd day of November, 2011, at approximately 2:40 a.m./p.m., deponent served a true copy of the **SUMMONS; RIDER; COMPLAINT; ECF RULES & INSTRUCTIONS; and RULES OF JUDGE SAND** upon Joseph Oliveri c/o the Fort Dix Federal Correctional Institute at 5756 Hartford & Poinvil Road, Fort Dix, NJ 08640 by personally delivering and leaving the same with Joseph Oliveri at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

    Joseph Oliveri is a White male, approximately 57 years of age, is approximately 5 feet and 10 inches tall, weighs approximately 245 pounds, with Grey hair.

Sworn to before me this

9th day of November, 2011

_Carmen E. Gonzalez_
NOTARY PUBLIC, STATE OF NEW JERSEY

_signature_ 3546
Sheriff's Deputy

CARMEN E. GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES
FEBRUARY 5, 2016