UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL              Civil Action No. 11-Civ. 5474
OF CARPENTERS PENSION FUND; ET AL.,
                  Plaintiff(s),

  -against-

MICHAEL FORDE; ET AL.,                      **AFFIDAVIT OF SERVICE**
                  Defendant(s).
------------------------------------------------------------X
STATE OF PENNSYLVANIA   )
                           S.S :
COUNTY OF MONROE        )

      DON ERNST, being duly sworn, deposes and says that he/she is an agent of Keating & Walker Attorney Services, Inc., is over the age of eighteen years and is not a party to the action.

      That on the 3rd day of NOVEMBER, 2011, at approximately 10:15 a.m./p.m., deponent served a true copy of the **SUMMONS; RIDER; COMPLAINT; ECF RULES & INSTRUCTIONS; and RULES OF JUDGE SAND** upon Joseph Ruocco at 447 Rolling Hill Way, East Stroudsburg, PA by personally delivering and leaving the same with **Joseph Ruocco**, at that address.

      At the time of service deponent asked whether Joseph Ruocco is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

      **Joseph Ruocco** is a CAUC male, approximately 50 years of age, is approximately 6' feet and 1" inches tall, weighs approximately 215 pounds, with DARK HAIR hair.

Sworn to before me this

_____7_____ day of November, 2011

_____
NOTARY PUBLIC, STATE OF PENNSYLVANIA

Process Server

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda Counterman Ernst, Notary Public
Chestnuthill Twp., Monroe County
My Commission Expires April 8, 2012
Member, Pennsylvania Association of Notaries