UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,<br><br>                                Plaintiffs,<br><br>                    -against-<br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,<br><br>                                Defendants. | Index No.  11-CV-5474 (LBS)<br><br>**CERTIFICATE OF SERVICE** |

I, Harlan J. Silverstein, an attorney of the firm Kauff McGuire & Margolis LLP, do hereby certify that I caused a true and correct copy of Plaintiffs' First Amended Complaint to be served by Federal Express Standard Overnight on November 22, 2011 upon:

        Christopher Tumulty, Esq.
        Sullivan Gardner P.C.
        7 East 20th Street
        New York, NY 10003
        (212) 687-5900
        Counsel for Defendant Joseph Olivieri

4820-8493-2110.1

Dated: New York, New York.
November 29, 2011

                                        Respectfully submitted,

                                        KAUFF MCGUIRE & MARGOLIS LLP


By: s/ Harlan J. Silverstein
    Harlan J. Silverstein

950 Third Avenue
Fourteenth Floor
New York, NY  10022
(212) 644-1010
silverstein@kmm.com

4820-8493-2110.1