UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York City District Council of Carpenters
Pension Fund, New York City District Council of
Carpenters Welfare Fund, New York City
District Council of Carpenters Annuity Fund,
and New York City District Council of
Carpenters Apprenticeship, Journeyman
Retraining, Educational and Industry Fund, by
their Trustees, Frank Spencer, Douglas J.
McCarron, John Ballantyne, Paul Tyznar, Paul
O'Brien, Kevin M. O'Callaghan, Catherine
Condon, David Meberg, Bryan Winter, and John
DeLollis,

              Plaintiffs,

           -against-

Michael Forde, John Greaney, Joseph Olivieri,
Brian Hayes, Michael Mitchell, Finbar O'Neill,
K.A.F.C.I., Michael Brennan, Turbo Enterprises,
Inc., Terence Buckley, Pitcohn Construction
Enterprises, Inc., Gerard McEntee, Pyramid
Associates Construction Corp., James Duffy,
EMB Contracting Corp., Michael Batalias,
Elisavet Batalias, Matthew Kelleher, Brian
Carson, Joseph Ruocco, John Stamberger, and
Michael Vivenzio,

             Defendants.

Index No.  11-CV-5474 (LBS)

**CERTIFICATE OF SERVICE**

      I, Harlan J. Silverstein, an attorney of the firm Kauff McGuire & Margolis

LLP, do hereby certify that I caused a true and correct copy of Plaintiffs' First Amended

Complaint to be served by Federal Express Standard Overnight on November 29, 2011

upon:

        Dino J. Lombardi, Esq.
        Lombardi & Salerno PLLC
        52 Duane Street - 7th Floor
        New York, NY 10007
        (212) 619-8328
        Counsel for Defendant Michael Forde

James R. Froccaro, Jr., Esq.
7 Old Shore Road
Port Washington, NY 11050
(516) 944-5062
Counsel for Defendant Brian Hayes

Niall Mac Giollabhuí
Law Office of Michael G. Dowd
425 Park Avenue, 26th Floor
New York, New York 10022
(212) 751-1640
Counsel for Defendants Pitcohn Construction Enterprises, Inc., Gerard
McEntee, Pyramid Associates Construction Corp., and James Duffy


Dated:  New York, New York.
        November 29, 2011

                         Respectfully submitted,

                         KAUFF MCGUIRE & MARGOLIS LLP


                         By: s/ Harlan J. Silverstein
                             Harlan J. Silverstein

                         950 Third Avenue
                         Fourteenth Floor
                         New York, NY  10022
                         (212) 644-1010
                         silverstein@kmm.com