UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis, <br><br>      Plaintiffs, <br><br>    -against- <br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio, <br><br>      Defendants. | Index No.  11-CV-5474 (LBS) <br><br>**CERTIFICATE OF SERVICE** |

  I, Harlan J. Silverstein, an attorney of the firm Kauff McGuire & Margolis

LLP, do hereby certify that I caused a true and correct copy of Plaintiffs' First Amended

Complaint to be served by U.S. mail, postage pre-paid, on November 29, 2011 upon:

  Michael Mitchell #61673-054
  FCI Loretto
  Federal Correctional Institution
  P.O. Box 1000
  Loretto, PA  15940

4833-6013-1598.1

Michael Mitchell
532 Park Avenue
Yonkers, NY 10703

Michael Brennan #62582-054
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA  17887

Joseph Ruocco
447 Rolling Hill Way,
East Stroudsberg, PA 18302

John Stamberger
425 Arthur Court
Brick, NJ 08724

K.A.F.C.I. Corp.
93 Radford Street
Yonkers, NY, 10705

Turbo Enterprises, Inc.
c/o Michael G. Dowd
420 5th Avenue, 25th Floor
New York, NY 10018

Turbo Enterprises, Inc.
73-34 52nd Avenue
Maspeth, New York, 11378

Dated:   New York, New York.
         November 29, 2011

                                            Respectfully submitted,

                                            KAUFF MCGUIRE & MARGOLIS LLP


                                            By: s/ Harlan J. Silverstein
                                                Harlan J. Silverstein

                                            950 Third Avenue
                                            Fourteenth Floor
                                            New York, NY  10022
                                            (212) 644-1010
                                            silverstein@kmm.com