UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,<br><br>                           Plaintiffs,<br><br>                           -against-<br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,<br><br>                           Defendants. | Index No. 11-CV-5474 (LBS)<br><br>**CERTIFICATE OF SERVICE** |

      I, Harlan J. Silverstein, an attorney of the firm Kauff McGuire & Margolis LLP, do hereby certify that I caused a true and correct copy of Plaintiffs' First Amended Complaint to be served by Federal Express Standard Overnight on November 30, 2011 upon:

      Bruno V. Gioffre, Esq.
      Quinn Law Firm
      399 Knollwood Road, Suite 220
      White Plains, NY 10603
      (914) 997-0555
      Counsel for Defendant Michael Vivenzio

Dated:  New York, New York.
        November 30, 2011

                                    Respectfully submitted,

                                    KAUFF MCGUIRE & MARGOLIS LLP

                                    By: s/ Harlan J. Silverstein
                                        Harlan J. Silverstein

                                    950 Third Avenue
                                    Fourteenth Floor
                                    New York, NY  10022
                                    (212) 644-1010
                                    silverstein@kmm.com