UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND; ET AL.,

            Civil Action No. 11-Civ. 5474

      Plaintiff(s),

    -against-

MICHAEL FORDE; ET AL.,

            **AFFIDAVIT OF SERVICE**

      Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK )
          s.s :
COUNTY OF NEW YORK )

  JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.
  That on the 29th day of October, 2011, at approximately 8:07 a.m., deponent served a true copy of the **SUMMONS; RIDER; COMPLAINT and ECF RULES & INSTRUCTIONS and JUDGE'S RULES** upon John Greaney at 10 Bainton Street, Yonkers, New York 10704 by personally delivering and leaving the same with Nick Giordano, who is a person of suitable age and discretion, at that address, the actual place of residence of the defendant. Mr. Giordano identified himself as a "friend" of the defendant. At the time of service deponent asked whether John Greaney is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
  Nick Giordano is a white male, approximately 40 years of age, is approximately 5 feet and 6-9 inches tall, weighs approximately 210 pounds, with short brown hair and brown eyes.

(1)

That on the 1st day of November, 2011 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

John Greaney
10 Bainton Street
Yonkers, New York 10704

Sworn to before me this
1st day of November, 2011

JOSEPH SANCHEZ #1155200

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014