UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,<br><br>                Plaintiffs,<br><br>                -against-<br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,<br><br>                Defendants. | Index No.  11-CV-5474 (LBS)<br><br>**CERTIFICATE OF SERVICE** |

        I, Harlan J. Silverstein, an attorney of the firm Kauff McGuire & Margolis LLP, do hereby certify that I caused a true and correct copy of Plaintiffs' First Amended Complaint to be served by U.S. mail, postage pre-paid, on December 2, 2011 upon:

        John Greaney
        10 Bainton Street
        Yonkers, NY 10704

        James Culleton, Esq.
        Culleton & Marinaccio, Attorneys at Law
        245 Main Street, Suite 410
        White Plains, NY 10601

4832-3194-5230.1

      Mr. Culleton has contacted me on behalf of Mr. Greaney, but has stated that he is not formally representing him. I have requested that Mr. Culleton forward an included copy of the First Amended Complained to Mr. Greaney to ensure he receives notice.

Dated:  New York, New York.
         December 2, 2011

                                      Respectfully submitted,

                                      KAUFF MCGUIRE & MARGOLIS LLP

                                      By: s/ Harlan J. Silverstein
                                          Harlan J. Silverstein

                                      950 Third Avenue
                                      Fourteenth Floor
                                      New York, NY  10022
                                      (212) 644-1010
                                      silverstein@kmm.com