UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS ANNUITY FUND, and NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, BY THEIR
TRUSTEES FRANK SPENCER, DOUGLAS J.
McCARRON, JOHN BALLANTYNE, PAUL TYZNAR,
PAUL O'BRIEN, KEVIN M. O'CALLAGHAN,
CATHERINE CONDON, DAVID MEBERG, BRYAN
WINTER and JOHN DELOLLIS,

11-Civ-5474 (LBS)

**STIPULATION
AND ORDER**

                            Plaintiffs,

                -against-

MICHAEL FORDE, JOHN GREANEY, JOSEPH
OLIVIERI, BRIAN HAYES, MICHAEL MITCHELL,
FINBAR O'NEILL, K.A.F.C.I., MICHAEL BRENNAN,
TURBO ENTERPRISES, INC., TERENCE BUCKLEY,
PITCOHN CONSTRUCTION ENTERPRISES, INC.,
GERARD McENTEE, PYRAMID ASSOCIATES
CONSTRUCTION CORP., JAMES DUFFY, EMB
CONTRACTING CORP., MICHAEL BATALIAS,
ELISAVET BATALIAS, MATTHEW KELLEHER,
BRIAN CARSON, JOSEPH RUOCCO,
JOHN STAMBERGER, and MICHAEL VIVENZIO,

                            Defendants.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendant, MICHAEL FORDE, shall answer, move or otherwise respond to Plaintiffs' First Amended Complaint in this matter on or before February 6, 2012.

IT IS FURTHER STIPULATED AND AGREED, that signatures on this

Stipulation transmitted by facsimile or other electronic means shall have the same force and effect as original signatures.

Dated: New York, New York
January 23, 2012

| | |
|---|---|
| /s/ Dino J. Lombardi | /s/ Harlan J. Silverstein |
| DINO J. LOMBARDI (DJL2848) | HARLAN J. SILVERSTEIN (HJS4114) |
| LOMBARDI & SALERNO PLLC | KAUFF, MCGUIRE & MARGOLIS LLP |
| Attorneys for Defendant Michael Forde | Attorneys for Plaintiffs |
| 52 Duane Street, 7th Floor | 950 Third Avenue, 14th Floor |
| New York, NY 10007 | New York, NY 10022 |
| (212) 619-8328 | (212) 644-1010 |

SO ORDERED:

_____
HON. LEONARD B. SAND, U.S.D.J.