UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND and NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, by their trustees, FRANK SPENCER, DOUGLAS J. MCCARRON, JOHN BALLANTYNE, PAUL TYZNAR, PAUL O'BRIEN, KEVIN M. O'CALLAGHAN, CATHERINE CONDON, DAVID MEBERG, BRYAN WINTER and JOHN DELOLLIS, | Case No. 11-Civ.-5474<br><br>**NOTICE OF MOTION** |
| Plaintiffs, | |
| -against- | |
| MICHAEL FORDE, JOHN GREANEY, JOSEPH OLIVIERI, BRIAN HAYES, MICHAEL MITCHELL, FINBAR O'NEILL, K.A.F.C.I., MICHAEL BRENNAN, TURBO ENTERPRISES, INC., GERARD MCENTEE, PYRAMID ASSOCIATES CONSTRUCTION CORP., JAMES DUFFY, BRIAN CARSON, JOSEPH RUOCCO, JOHN STAMBERGER and MICHAEL VIVENZIO, | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Brian Gardner with attached exhibits, and upon all of the prior papers and proceedings had in this action, Defendant Joseph Olivieri hereby move this Court, before the Honorable Leonard B. Sand, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order and Judgment pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing the Complaint as against Olivieri, along with such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: New York, New York
       February 10, 2012

                        SULLIVAN GARDNER PC

                    By:   */s/ Brian Gardner*
                          Brian Gardner
                          *Attorneys for Defendant Joseph Olivieri*
                          7 East 20th Street
                          New York, New York 10003
                          (212) 687-5900 (phone)
                          (212) 687-4060 (fax)
                          bg@sullivangardner.net

To:

Raymond G. McGuire
KAUFF MCGUIRE & MARGOLIS LLP
*Attorneys for Plaintiffs*
950 Third Avenue
Fourteenth Floor
New York, NY 10022
(212) 644-1010