UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,<br><br>      Plaintiffs,<br><br> -against-<br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,<br><br>      Defendants. | Case No.: 11-CV-5474 (LBS) |

**DEFENDANTS EMB CONTRACTING CORP., MICHAEL BATALIAS, AND ELISAVET BATALIAS' NOTICE OF MOTION TO DISMISS <u>THE FIRST AMENDED COMPLAINT</u>**

**PLEASE TAKE NOTICE** that upon the Declaration of Thomas J. Curran, executed on February 13, 2012, the exhibit annexed thereto, and the accompanying Memorandum of Law, Defendants EMB Contracting Corp., Michael Batalias, and Elisavet Batalias (collectively "the EMB Defendants"), will move before the Honorable

Leonard B. Sand at the United States Courthouse located at 500 Pearl Street, Courtroom 15-A, New York, New York, on March 15, 2012 at 2:15 p.m. for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the First Amended Complaint as against the EMB Defendants for failure to state a claim for which relief may be granted and for such other and further relief as this Court may deem just and proper.

Dated: February 13, 2012

PECKAR & ABRAMSON, P.C.
*Attorneys for Defendants*
*EMB Contracting Corp., Michael*
*Batalias and Elisavet Batalias*

*/s/ Thomas J. Curran*

Thomas J. Curran (Bar #TC-2020)
41 Madison Avenue, 20th Floor
New York, New York 10010
(212) 382-0909

76932