UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis, | Case No.: 11-CV-5474 (LBS) |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| -against- | |
| Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant EMB Contracting Corp. certifies that Defendant has no corporate parents, affiliates and/or subsidiaries that are publically held.

Dated: February 13, 2012

                    PECKAR & ABRAMSON, P.C.
*Attorneys for Defendants*
*EMB Contracting Corp., Michael Batalias and Elisavet Batalias*

/s/ Thomas J. Curran
_____
Thomas J. Curran (Bar #TC-2020)
41 Madison Avenue, 20th Floor
New York, New York 10010
(212) 382-0909

76938

2