UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis, <br><br>                  Plaintiffs, <br><br>        -against- <br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio, <br><br>                  Defendants. | Index No. 11-CV-5474 (LBS) <br><br>**CERTIFICATE OF SERVICE** <br><br>ECF Case |

       I, Raymond G. McGuire, an attorney of the firm Kauff McGuire & Margolis LLP, do hereby certify that I caused a true and correct copy of the documents listed below to be served via U.S. mail, postage pre-paid, on March 22, 2012 on pro se defendants:

       Michael Mitchell #61673-054
       FCI Loretto
       Federal Correctional Institution
       P.O. Box 1000
       Loretto, PA  15940

4831-1318-2735.1

Michael Brennan #62582-054
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

I further caused a true and correct copy of the documents listed below to be served via Federal Express Standard Overnight, on March 22, 2012 on pro se defendant:

Joseph Ruocco
447 Rolling Hill Way,
East Stroudsberg, PA 18302

Documents Served:

- Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss of Defendant Joseph Olivieri, and Motion to Dismiss of Defendants Michael Batalias, Elisavet Batalias and EMB Contracting Corp.

- Declaration of Harlan J. Silverstein (with exhibits)


Dated: New York, New York
       March 23, 2012

Respectfully submitted,

KAUFF MCGUIRE & MARGOLIS LLP

By: /s/ Raymond G. McGuire
    Raymond G. McGuire

950 Third Avenue
Fourteenth Floor
New York, NY 10022
(212) 644-1010
mcguire@kmm.com

4831-1318-2735.1