UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-12-12
```

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

               Plaintiffs,

v.

FORDE, et al.,

               Defendants.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

11 Civ. 5474 (LBS) (GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ✔ | Specific Non-Dispositive Motions/ Dispute:*  **Third Motion For An Extension of Time** | ____ | Consent under 28 U.S.C. § 636(c) for limited purposes (e.g., dispositive motion, preliminary injunction). |
| ____ | Settlement | ____ | Habeas Corpus |
| ____ | Inquest After Default/Damages Hearing | ____ | Social Security |
| | | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

The designated Magistrate Judge is further instructed to expedite discovery.

**SO ORDERED.**

April 10, 2012
New York, N.Y.

                                        _/s/ Leonard B. Sand_
                                                 U.S.D.J.

\* Do not check if already referred for general pretrial.