UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

New York City District Council of Carpenters Pension Fund, et al.

    Plaintiff,

- against -

Turbo Enterprises, Inc., et al.

    Defendant.

----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/12

11 Civ. 5474 (LBS )

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 5, 2011 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving the New York Secretary of State as agent of the corporation (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on October 6, 2011.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

                      RUBY J. KRAJICK
                      Clerk of Court

                      By: _____
                      Deputy Clerk

SDNY Web 5/2010