UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,<br><br>                   Plaintiffs,<br><br>                 -against-<br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,<br><br>                   Defendants. | Index No. 11-5474 (LBS) (GWG)<br><br>ECF Case<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

      Pursuant to Fed. R. Civ. P. 55, Plaintiffs hereby request the Clerk of the Court to enter the default of defendant Brian Carson. In support of this request is attached an Affidavit attesting to the facts underlying this request.

Dated: New York, New York.
       June 1, 2012

                                        Respectfully submitted,

                                        KAUFF MCGUIRE & MARGOLIS LLP

                                        By: _____
                                        Harlan J. Silverstein (HJS-4114)
                                        Raymond G. McGuire (RGM-7626)

                                        950 Third Avenue
                                        Fourteenth Floor
                                        New York, NY  10022
                                        (212) 644-1010