UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
New York City
District Council of
Carpenters Pension   Plaintiff,
Fund, et al.

- against -

Brian Carson, et al.
                    Defendant.
------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/12
```

11   Civ. 5474   (LBS )

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 5, 2011 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving the defendant personally (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on February 2, 2012.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

                            RUBY J. KRAJICK
                            Clerk of Court

                            By:_____
                               Deputy Clerk

SDNY Web 5/2010