UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-12

NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

        Plaintiffs,

    v.

MICHAEL FORDE, et al.,

        Defendants.

11 Civ. 5474 (LBS)

ORDER

SAND, J.

    Defendant Finbar O'Neill was served a copy of the First Amended Complaint and Supplemental Summons on December 13, 2011. Proof of such service was filed with the Court on February 2, 2012. Defendant has not filed an answer or otherwise moved with respect to the Complaint. Default judgment is therefore entered against Finbar O'Neill.

SO ORDERED.

June 4, 2012
New York, N.Y.

                                    U.S.D.J.