USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

        Plaintiffs,

    v.

MICHAEL FORDE, et al.,

        Defendants.

11 Civ. 5474 (LBS)

ORDER

SAND, J.

    Defendant Brian Carson was served a copy of the First Amended Complaint and Supplemental Summons on January 20, 2012. Proof of such service was filed with the Court on February 2, 2012. Defendant has not filed an answer or otherwise moved with respect to the Complaint. Default judgment is therefore entered against Brian Carson.

SO ORDERED.

June 4, 2012
New York, N.Y.

                                                                        U.S.D.J.