UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-12

| | |
|---|---|
| NEW YORK DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL FORDE, et al., <br><br> Defendants. | 11 Civ. 5474 (LBS) <br><br> ORDER |

SAND, J.

    Defendant <u>Turbo Enterprises, Inc.</u> was served a copy of the Summons and Complaint on October 5, 2011. Proof of such service was filed with the Court on October 6, 2011. Defendant <u>Turbo Enterprises, Inc.</u> was served a copy of the First Amended Complaint and Supplemental Summons on November 29, 2011. Proof of service was filed on November 29, 2011. Defendant has not filed an answer or otherwise moved with respect to the Complaint. Default judgment is therefore entered against <u>Turbo Enterprises, Inc.</u>.

SO ORDERED.

June __, 2012
New York, N.Y.

_____
U.S.D.J.