USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

        Plaintiffs,

    v.

MICHAEL FORDE, et al.,

        Defendants.

11 Civ. 5474 (LBS)

ORDER

SAND, J.

    Defendant K.A.F.C.I. was served a copy of the Summons and Complaint on October 5, 2011. Proof of such service was filed with the Court on October 6, 2011. Defendant K.A.F.C.I. was served a copy of the First Amended Complaint and Supplemental Summons on November 29, 2011. Proof of service was filed on November 29, 2011. Defendant has not filed an answer or otherwise moved with respect to the Complaint. Default judgment is therefore entered against K.A.F.C.I..

SO ORDERED.

June 4, 2012
New York, N.Y.

                                              U.S.D.J.