RECEIVED
JUL 09 2012
CHAMBERS OF
LEONARD B. SAND

SCANNED

MICHAEL E. BRENNAN
Reg. No. 62582-054
L.S.C.I., Allenwood
Post Office Box 1000
White Deer, PA 17887-1000

Clerk of the Court
Pro-Se Desk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 7/26/12

**MEMO ENDORSED**

IN RE:   New York Dist. Council of Carpenters
         v.
         Michael Forde, Michael Brennan, et. al.
         Index No. 11-5474 (LBS)

Dear Mr. or Madam Clerk:

   Please find enclosed Pro-Se Defendant Michael Brennan's Motion For A Thirty (30) Day Extension Of Time In Which His Reply Brief To Plaintiff's Opposition To Brennan's Motion To Dismiss And To Plaintiff's Opposition To Brennan's Motion To Strike. Please docket it for Judge Sand's earliest opportunity to consider it.

   Please send me also, a **Docket Sheet from May 1, 2012, through the present**, reflecting all activity during the said period. You may send it to me at the above address.

   If there are any questions with regard to the foregoing, please communicate immediately. Thank you in advance for your assistance in this matter and your promptly filing said Motion, along with furnishing me with the Docket Sheet.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-12

Sincerely yours,

Michael E. Brennan

Encl

Extension granted.

SO ORDERED.

July 9, 2012
New York, NY

Leonard B. Sand
U.S.D.J.