Sandi J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS ANNUITY FUND, and NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS             11-Civ-5474
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, BY THEIR         **STIPULATION**
TRUSTEES FRANK SPENCER, DOUGLAS J.              **AND ORDER**
McCARRON, JOHN BALLANTYNE, PAUL TYZNAR,
PAUL O'BRIEN, KEVIN M. O'CALLAGHAN,
CATHERINE CONDON, DAVID MEBERG, Bryan
WINTER, and JOHN DeLOLLIS,

                              Plaintiffs,

                    -against-

MICHAEL FORDE, JOHN GREANEY, JOSEPH
OLIVIERI, BRIAN HAYES, MICHAEL MITCHELL,
FINBAR O'NEILL, K.A.F.C.I., MICHAEL BRENNAN,
TURBO ENTERPRISES, INC., TERENCE BUCKLEY,
PITCOHN CONSTRUCTION ENTERPRISES, INC.,
GERARD McENTEE, PYRAMID ASSOCIATES
CONSTRUCTION, CORP., JAMES DUFFY, BMB
CONTRACTING CORP., MICHAEL BATALIAS,
ELISAVET BATALIAS, MATTHEW KELLEHER,
BRIAN CARSON, JOSEPH RUOCCO, JOHN
STAMBERGER, and MICHAEL VIVENZIO,

                              Defendants.
-------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendant TERENCE BUCKLEY shall answer, move, or otherwise respond to Plaintiffs' First Amended Complaint on or before July 17, 2012.

IT IS FURTHER STIPULATED AND AGREED that signatures on this stipulation transmitted by facsimile or other electronic means shall have the same force and effect as original signatures.

Dated: New York, New York
July 12, 2012

_____
NIALL MAC GIOLLABHUÍ (NM0281)
LAW OFFICE OF MICHAEL G. DOWD
Attorneys for Defendant Terence Buckley
425 Park Avenue, 26th Floor
New York, NY 10022
(212) 751-1640

_____
HARLAN J. SILVERSTEIN (HJS4114)
KAUFF MCGUIRE & MARGOLIS LLP
Attorneys for Plaintiffs
950 Third Avenue, 14th Floor
New York, NY 10022
(212) 644-1010

SO ORDERED:

_____  07/13/12
HON. LEONARD B. SAND, U.S.D.J.

2