UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SDS SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 8-20-12

New York City District Council of Carpenters
Pension Fund, New York City District Council of
Carpenters Welfare Fund, New York City
District Council of Carpenters Annuity Fund,
and New York City District Council of
Carpenters Apprenticeship, Journeyman
Retraining, Educational and Industry Fund, by
their Trustees, Frank Spencer, Douglas J.
McCarron, John Ballantyne, Paul Tyznar, Paul
O'Brien, Kevin M. O'Callaghan, Catherine
Condon, David Meberg, Bryan Winter, and John
DeLollis,

Index No. 11-CV-5474 (LBS) (GWG)

Plaintiffs,

-against-

**STIPULATION**

ECF CASE

Michael Forde, John Greaney, Joseph Olivieri,
Brian Hayes, Michael Mitchell, Finbar O'Neill,
K.A.F.C.I., Michael Brennan, Turbo Enterprises,
Inc., Terence Buckley, Pitcohn Construction
Enterprises, Inc., Gerard McEntee, Pyramid
Associates Construction Corp., James Duffy,
EMB Contracting Corp., Michael Batalias,
Elisavet Batalias, Matthew Kelleher, Brian
Carson, Joseph Ruocco, John Stamberger, and
Michael Vivenzio,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for Plaintiffs and Defendant Turbo Enterprises, Inc. ("Defendant"), that the

undersigned attorneys for Defendant shall accept service of the First Amended

Complaint on behalf of Defendant by email transmission, and that Defendant shall

answer (and shall not move or otherwise respond) to the First Amended Complaint by

no later than August 24, 2012.

4822-2579-2016.2

Dated:    New York, New York
          August 17, 2012

KAUFF MCGUIRE & MARGOLIS LLP

_____
Harlan J. Silverstein
*Attorneys for Plaintiffs*
950 Third Avenue
14th Floor
New York, New York 10022
(212) 644-1010


Dated:        New York, New York
              August 8, 2012

LAW OFFICE OF MICHAEL G. DOWD

_____
Niall Mac Giollabhui
*Attorneys for Defendant Turbo
Enterprises, Inc.*
425 Park Avenue, 26th Floor
New York, New York 10022
(212) 751-1640


So Ordered:

_____

USDJ
8/20/12