UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,

Plaintiffs,

-against-

Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,

Defendants.

Index No. 11-CV-5474 (LBS) (GWG)

**ORDER**

ECF CASE

SAND, J.

On June 4, 2012, the Court issued an order entering a default against defendant Turbo Enterprises, Inc. ("Defendant") (ECF Docket No. 111). Plaintiffs have now consented to the withdrawal of the entry of default against Defendant, and attorneys for Defendant have agreed to accept service of the First Amended Complaint and answer said First Amended Complaint by August 24, 2012.

4836-9151-0800.1

-2-

Therefore it is hereby ordered that the entry of default against Defendant is withdrawn and Defendant is required to answer the First Amended Complaint by August 24, 2012.

So Ordered:

_____
SAND, J.

Date: August __, 2012