UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND AND NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, BY THEIR TRUSTEES, FRANK SPENCER, DOUGLAS J. MCCARRON, JOHN BALLANTYNE, PAUL TYZNAR, PAUL O'BRIEN, KEVIN M. O'CALLGHAN, CATHERINE CONDON, DAVID MEBERG, BRYAN WINTER, AND JOHN DELOLLIS, <br><br> Plaintiffs, <br><br> -against- <br><br> MICHAEL FORDE, JOHN GREANEY, JOSEPH OLIVIERI, BRIAN HAYES, MICHAEL MITCHELL, FINBAR O'NEILL, K.A.F.C.I., MICHAEL BRENNAN, TURBO ENTERPRISES, INC., TERENCE BUCKLEY, PITCOHN CONSTRUCTION ENTERPRISES, INC. GERARD MCENTEE, PYRAMID ASSOCIATES CONSTRUCTION CORP., JAMES DUFFY, EMB CONTRACTING CORP., MICHAEL BATALIAS, ELISAVET BATALIAS, MATTHEW KELLEHER, BRIAN CARSON, JOSEPH RUOCCO, JOHN STAMBERGER, AND MICHAEL VIVENZIO, <br><br> Defendants. | 11 Civ. 5474 (LAP)(GWG) <br><br> STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT BRIAN HAYES <br><br>  |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated that the above-captioned case is dismissed, only in regards to Defendant Brian Hayes, with each party to bear its own attorneys' fees, costs, and expenses.

This stipulation has no effect on Plaintiffs' claims against any party other than Brian Hayes.

Dated: New York, New York
February 23, 2016

VIRGINIA & AMBINDER, LLP

By: *Marc Tenenbaum*
Marc A. Tenenbaum
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
*Attorneys for Plaintiffs*

James R. Froccaro, Jr.
7 Old Shore Rd.
Port Washington, New York 11050
(516) 944-5062
*Attorney for Defendant Brian Hayes*

## SO ORDERED:

*Loretta A. Preska*
**U.S.D.J.**
2/25/16