

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Marc A. Tenenbaum**
Partner
mtenenbaum@vandallp.com

October 16, 2018

*Via ECF*

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

> Re:  New York City District Council of Carpenters Pension Fund, et al. v. Michael Forde, et al., 11 CV 5474 (LAP) (GWG)
>
> -and-
>
> John Greaney, et al. v. New York City District Council of Carpenters Pension Fund, et al., 16 CV 3551 (LAP) (GWG)____

Dear Judge Preska:

We represent the plaintiff trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund in Case No. 11 CV 5474, and defendants New York City District Council of Carpenters Pension Fund and Annuity Fund, and their board of trustees and plan administrator, in Case No. 16 CV 3551.

On September 26, 2018, the Court directed counsel to "confer and inform the Court by letter no later than October 2 how they propose to proceed."  I write to request that that deadline, which I previously requested be extended by two weeks, be extended by one additional week, until and including October 23, 2018.  We have begun to confer with opposing counsel, and need this additional time for further discussions before submitting the required letter.  All counsel consent to this request.

This is the second request for an extension of this deadline.  (The first request has been neither granted nor denied.)  Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marc A. Tenenbaum



cc: Dino Lombardi, Esq. (via ECF)
    Victoria Quesada, Esq. (via ECF)
    Pat Longobucco, Esq. (via ECF)