UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
New York City District Council of Carpenters
Pension Fund, New York City District Council
of Carpenters Welfare Fund, New York City
District Council of Carpenters Annuity Fund,
and New York City District Council of
Carpenters Apprenticeship, Journeyman
Retraining, Educational and Industry Fund,
by their Trustees, Frank Spencer, Douglas J.
McCarron, John Ballantyne, Paul Tyznar,
Paul O'Brien, Kevin M. O'Callaghan,
Catherine Condon, David Meberg, Bryan Winter
and John DeLollis,

                Plaintiffs,

     -against-

Michael Forde, John Greaney, Joseph Olivieri,
Brian Hayes, Michael Mitchell, Finbar O'Neill,
K.A.F.C.I., Michael Brennan, Turbo Enterprises,
Inc., Terence Buckley, Pitchon Construction
Enterprises, Inc., Gerard McEntee, Pyramid
Associates Construction Corp., James Duffy,
EMB Contracting Corp., Michael Batalias,
Elisavet Batalias, Matthew Kelleher, Brian
Carson, Joseph Ruocco, John Stamberger and
Michael Vivenzio,

                Defendants.
------------------------------------------------------------X
JOHN GREANEY et. al.

        Plaintiffs,

     -against-

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND et.al.,

        Defendants.

------------------------------------------------------------X

**11-CV-5474**
**(LAP)(GWG)**

**16-CV-3551**
**(LAP)(GWG)**

## NOTICE OF APPEAL

Notice is hereby given that defendant MICHAEL FORDE hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment (Dkt. No. 279) entered in the within action on the 14th day November, 2018.

Respectfully submitted this 12th day of December, 2018.

Dated: New York, New York
December 12, 2018

                                              Respectfully submitted,

                                              Lombardi & Salerno PLLC

                                              By: /s/ Dino J. Lombardi

                                              52 Duane Street, 7th Floor
                                              New York, NY 13346
                                              (212) 619-8328
                                              *Attorneys for Defendant*
                                              *Michael Forde*

To:    All Counsel (via ECF)