

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Marc A. Tenenbaum**
Partner
mtenenbaum@vandallp.com

January 8, 2019

*Via ECF*

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

>    Re:   New York City District Council of Carpenters Pension Fund,
>          et al. v. Michael Forde, et al., 11 CV 5474 (LAP) (GWG)
>
>          -and-
>
>          John Greaney, et al. v. New York City District Council of
>          Carpenters Pension Fund, et al., 16 CV 3551 (LAP) (GWG)

Dear Judge Preska:

We represent the plaintiff trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund in Case No. 11 CV 5474, and defendants New York City District Council of Carpenters Pension Fund and Annuity Fund, and their board of trustees and plan administrator, in Case No. 16 CV 3551 (collectively, the "Funds").

The Funds respectfully request that their deadline to respond to the Rule 59(e) motions of John Greaney, Imelda Greaney, and Michael Forde, which is currently January 9, 2019, be extended until and including January 23, 2019. The Funds and the Greaneys have reached an agreement in principle to settle all remaining disputes between them, and need this additional time to finalize their written agreement.

This would be the second extension of this deadline. Counsel for the Greaneys and Forde consent to this request. Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marc A. Tenenbaum

cc:   Dino Lombardi, Esq. (via ECF)
      Victoria Quesada, Esq. (via ECF)
      Pat Longobucco, Esq. (via ECF)