UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis, | 11 CV 5474 (LAP) (GWG) |

Plaintiffs,

- against -

Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,

Defendants.

| | |
|---|---|
| John Greaney and Imelda Greaney, | 16 CV 3551 (LAP) (GWG) |

Plaintiffs,

- against -

New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Annuity Fund, Plan Administrator of the New York City District Council of Carpenters Pension Fund, Plan Administrator of the New York City District Council of Carpenters Annuity Fund, Board of Trustees of the New York City District Council of Carpenters Pension Fund, and Board of Trustees of the New York City District Council of Carpenters Annuity Fund.

Defendants.

## NOTICE OF WITHDRAWAL OF GREANEYS' MOTION TO ALTER OR AMEND JUDGMENT

PLEASE TAKE NOTICE that defendant John Greaney in Case No. 11 CV 5474 (LAP) (GWG) and plaintiffs John Greaney and Imelda Greaney in Case No. 16 CV 3551 (LAP) (GWG), by and through their undersigned counsel, hereby withdraw, with prejudice, their motion to alter or amend the final judgment entered on November 14, 2018 in the above-captioned cases.

Dated: Hamilton, New York
       January 22, 2019

Respectfully submitted,

Quesada & Moore, LLP

By: _____
Victoria Quesada, Esq.
35 University Avenue
Hamilton, New York 13346
(315) 228-2060

*Attorneys for Defendant John Greaney
in 11 CV 5474 and Plaintiffs John Greaney
and Imelda Greaney in 16 CV 3551*