USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-24-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,<br><br>Plaintiffs,<br><br>- against -<br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,<br><br>Defendants. | 11 CV 5474 (LAP) (GWG) |
| John Greaney and Imelda Greaney,<br><br>Plaintiffs,<br><br>- against -<br><br>New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Annuity Fund, Plan Administrator of the New York City District Council of Carpenters Pension Fund, Plan Administrator of the New York City District Council of Carpenters Annuity Fund, Board of Trustees of the New York City District Council of Carpenters Pension Fund, and Board of Trustees of the New York City District Council of Carpenters Annuity Fund,<br><br>Defendants. | 16 CV 3551 (LAP) (GWG) |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL HERETOFORE
UNADJUDICATED CLAIMS BY AND AGAINST JOHN AND IMELDA GREANEY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated that:

1. In Case No. 11 CV 5474 (LAP) (GWG), all heretofore unadjudicated claims asserted against defendant John Greaney are hereby dismissed with prejudice.

2. In Case No. 16 CV 3551 (LAP) (GWG), all heretofore unadjudicated claims asserted by plaintiffs John Greaney and Imelda Greaney are hereby dismissed with prejudice.

3. Each party to this stipulation shall bear his, her, or its own attorneys' fees, costs, and expenses.

Dated: New York, New York
January 22, 2019

| VIRGINIA & AMBINDER, LLP | QUESADA & MOORE, LLP |
|---|---|
| By: *[signature]* Marc A. Tenenbaum<br>40 Broad Street, 7th Floor<br>New York, New York 10004<br>(212) 943-9080<br><br>*Attorneys for Plaintiffs in 11 CV 5474 and Defendants in 16 CV 3551* | By: *[signature]* Victoria Quesada<br>35 University Avenue<br>Hamilton, New York 13346<br>(315) 228-2060<br><br>*Attorneys for Defendant John Greaney in 11 CV 5474 and Plaintiffs John Greaney and Imelda Greaney in 16 CV 3551* |

*[Handwritten note]:* Counsel shall confer and inform the Court by letter no later than February 15 of the status of claims between and among other parties.

1/24/19

SO ORDERED
*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE