UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,<br><br>                                        Plaintiffs,<br><br>- against -<br><br>Michael Forde, John Greaney, Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neill, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramid Associates Construction Corp., James Duffy, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher, Brian Carson, Joseph Ruocco, John Stamberger, and Michael Vivenzio,<br><br>                                        Defendants. | 11 CV 5474 (LAP) (GWG)<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS,** a judgment was entered in the above action on the 14th day of November 2018 in favor of the New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis (collectively, the "Judgment Creditors") and against Michael Forde (the "Judgment Debtor") pursuant to the Racketeer Influenced and Corrupt Organizations Act of

1970 ("RICO") in the amount of $12,908,998.09 and pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") in the amount of $2,962,408.09 (the "Original Judgment"), and

**WHEREAS,** the Original Judgment was superseded in pertinent part by the entry in the above action on the 4th day of April 2019 of an amended judgment in favor of the Judgment Creditors and against the Judgment Debtor pursuant to RICO in the amount of $12,635,438.11 and pursuant to ERISA in the amount of $2,688,920.11 (the "Amended Judgment"), and

**WHEREAS,** the Judgment Creditors subsequently agreed to accept different amounts from the Judgment Debtor in full satisfaction of his obligations under the Original Judgment and the Amended Judgment, and said amounts having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Original Judgment and Amended Judgment.

Dated: New York, New York
July 17, 2019

VIRGINIA & AMBINDER, LLP

By: *Marc Tenenbaum*
Marc A. Tenenbaum
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080

*Counsel for Plaintiffs/Judgment Creditors New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by their Trustees, Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis*

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

On the 17th day of July 2019, before me personally came Marc A. Tenenbaum, Esq., to me known and known to be a member of the firm of Virginia & Ambinder, LLP, attorneys for Plaintiffs/Judgment Creditors in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

```
MURPHY JAMES EMMET
NOTARY STATE of NEW YORK
01MU6118711
EXPIRATION 9-25-2021
QUALIFIED IN SUFFOLK COUNTY
```

-3-