**MANDATE**

N.Y.S.D. Case #
11-cv-5474(LAP)
16-cv-3551(LAP)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of July, two thousand nineteen.

_____

New York City District Council of Carpenters Pension Fund, by their Trustees Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condom, David Meberg, Bryan Winter and John DeLollis, New York City District Council of Carpenters Welfare Fund, by thier Trustees Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis, New York City District Council of Carpenters Annuity Fund, by thier Trustees Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis, New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, by thier Trustees Frank Spencer, Douglas J. McCarron, John Ballantyne, Paul Tyznar, Paul O'Brien, Kevin M. O'Callaghan, Catherine Condon, David Meberg, Bryan Winter, and John DeLollis,

**ORDER**
Docket No. 18-3711

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 26 2019

        Plaintiff-Appellees,

v.

Joseph Olivieri, Brian Hayes, Michael Mitchell, Finbar O'Neil, K.A.F.C.I., Michael Brennan, Turbo Enterprises, Inc., Terence Buckley, Pitcohn Construction Enterprises, Inc., Gerard McEntee, Pyramind Associates Construction Corp, James Duffy, Brian Carson, Joseph Rucco, John Stamberger, Michael Vivenzio, EMB Contracting Corp., Michael Batalias, Elisavet Batalias, Matthew Kelleher,

        Defendants,

**MANDATE ISSUED ON 07/26/2019**

Michael Forde, John Greaney, Imelda Greaney,

    Defendants-Appellants.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit