```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

New York City District Council
of Carpenters Pension Fund,
                    Plaintiff(s),

           -against-

Forde, et al.,
                    Defendant(s).
----------------------------------------x

11 cv 5474   (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

　　　　Counsel shall confer and inform Judge Preska by letter no later than September 26, 2019 of the status of the action/remaining claims/defendants and how they propose to proceed.

SO ORDERED.

*Loretta A. Preska*
_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: 9/19/19
New York, New York